AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | |
|---|---|
| KEYBANC CAPITAL MARKETS INC., ) ) ) ) _____ ) *Plaintiff(s)* ) v. ) EXTREME STEEL, INC., EXTREME CRANE ) & RIGGING, INC., AND EXTREME RENTAL ) USA, LLC, ) ) _____ ) *Defendant(s)* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Extreme Rental USA, LLC
9485 Contractors Court
Manassas, Virginia 20109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew P. Karamouzis, Esq.
Moran Karamouzis LLP
265 Sunrise Highway, Suite 61
Rockville Centre, New York 11570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  9/28/2023                                             /s/ P. Canales

_____                          _____
                                                          *Signature of Clerk or Deputy Clerk*