# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

KEYBANC CAPITAL MARKETS, INC.,

                     Plaintiff,                  23 **CIVIL** 8535 (JSR)

    -against-                              **<u>JUDGMENT</u>**

EXTREME STEEL, INC., EXTREME CRAIN &
RIGGING, INC., AND EXTREME RENTAL USA, LLC,

                    Defendants.

------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2024, the Court grants summary judgment for plaintiff Keybanc on its breach of contract claim and awards the sum of $1,504,897.00, plus Keybanc's costs and expenses, including reasonable attorneys' fees, of prosecuting its claims against defendants in this action, to be paid by defendants jointly or severally. Defendants' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
           June 28, 2024

                                                      **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                           **BY:**     *[signature]*
                                              **Deputy Clerk**